| | |
|---|---|
| 1 | RYAN ROTH |
|   | ATTORNEY AT LAW |
| 2 | State Bar No. 291844 |
|   | 418 14th St, |
| 3 | Modesto, CA 95354 |
|   | (209) 222-4447 |
| 4 | |
| 5 | Attorney for Defendant |
|   | IGNACIO GARCIA |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00187-LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING |
| IGNACIO GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Ignacio Garcia, that the sentencing date scheduled for October 29, 2017 at 8:30 a.m. be vacated and the sentencing date be continued to this Court's calendar January 7, 2019 at 10:00 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of 1/7/2019 is agreeable with Counsel for the Government, Ross Pearson and there is no objection to the requested continuance. Additional time is needed for counsel to meet with Mr. Garcia. Due to recent medical events (birth of Mr. Roth's son, ACL and meniscus tear reconstruction of the knee and related physical therapy) and Mr. Garcia's custodial relocation to Bakersfield, sufficient visitation and preparation with the Defendant has not been possible.

1

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

Respectfully Submitted,

Dated: October 5, 2018 /s/ Ryan Roth
Ryan Roth
Attorney for Defendant,
Ignacio Garcia

Dated: October 5, 2018 /s/ Ross Pearson
Ross Pearson
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS THE ORDER of the Court that the current October 29, 2018 sentencing date for IGNACIO GARCIA is hereby vacated and reset to January 7, 2019 at 10:00 a.m..

IT IS SO ORDERED.

Dated: **October 10, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE